IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

PEDRO RUBEN PEREZ-FRIAS,

    Petitioner,

v.

T. JOHNS, WARDEN and DHS-ICE,
Savannah Field Office,

    Respondents.

CIVIL ACTION NO.: CV513-021

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Declaratory Judgment is **DISMISSED**. Petitioner's Motion for Emergency Injunctive Relief is **dismissed** as moot. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 25 day of January, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)